Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−27242−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Peter Lloyd Walch
20 Corso Reale
Morganville, NJ 07751−4463

Patricia Maxine Walch
20 Corso Reale
Morganville, NJ 07751−4463

Social Security No.:
xxx−xx−7004

xxx−xx−7205

Employer's Tax I.D. No.:

---

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: November 18, 2019
JAN: admi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Peter Lloyd Walch
Patricia Maxine Walch
    Debtors

Case No. 19-27242-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 18, 2019
                         Form ID: finmgtc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2019.
db/jdb         Peter Lloyd Walch,    Patricia Maxine Walch,    20 Corso Reale,    Morganville, NJ   07751-4463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 19 2019 02:10:40     U.S. Attorney,    970 Broad St.,
            Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 19 2019 02:10:37     United States Trustee,
            Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
            Newark, NJ 07102-5235
                                                                                                                                                   TOTAL: 2

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2019 at the address(es) listed below:
            Albert   Russo    docs@russotrustee.com
            Aleisha Candace Jennings    on behalf of Creditor   The Bank of New York Mellon Corporation as
             Trustee for Structured Asset Mortgage Investments II Inc. Mortgage Pass-Through Certificates
             Series 2006-AR6 ajennings@rasflaw.com
            Aleisha Candace Jennings    on behalf of Creditor   Deutsche Bank National Trust Company
             ajennings@rasflaw.com
            Edward   Hanratty    on behalf of Debtor Peter Lloyd Walch
             thanratty@centralnewjerseybankruptcylawyer.com,    aaguirre@centralnewjerseybankruptcylawyer.com
            Edward   Hanratty    on behalf of Joint Debtor Patricia Maxine Walch
             thanratty@centralnewjerseybankruptcylawyer.com,    aaguirre@centralnewjerseybankruptcylawyer.com
            Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Shauna M Deluca    on behalf of Creditor    The Bank of New York Mellon sdeluca@rasflaw.com
            Sindi   Mncina    on behalf of Creditor    The Bank of New York Mellon smncina@rascrane.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                        TOTAL: 9