Form 186 – ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−27242−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Peter Lloyd Walch                    Patricia Maxine Walch
20 Corso Reale                       20 Corso Reale
Morganville, NJ 07751−4463           Morganville, NJ 07751−4463

Social Security No.:
   xxx−xx−7004                          xxx−xx−7205

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on September 6, 2019 and a confirmation hearing on such Plan has been scheduled for January 8, 2020.

The debtor filed a Modified Plan on December 30, 2019 and a confirmation hearing on the Modified Plan is scheduled for Feb. 4, 2020 at 10:00am. Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.  The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: January 2, 2020
JAN: pbf

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                          Case No. 19-27242-MBK
Peter Lloyd Walch                                               Chapter 13
Patricia Maxine Walch
         Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin               Page 1 of 2            Date Rcvd: Jan 02, 2020
                               Form ID: 186              Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2020.
db/jdb         Peter Lloyd Walch,    Patricia Maxine Walch,    20 Corso Reale,    Morganville, NJ 07751-4463
cr            +Deutsche Bank National Trust Company,    RAS Crane, LLC,    10700 Abbott's Bridge Road,
                Suite 170,    Duluth, GA 30097-8461
cr            +The Bank of New York Mellon,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                Duluth, GA 30097-8461
518450027      BANK OF AMERICA NA,    4909 Savarese Cir Fl 190,    Tampa, FL 33634-2413
518534327     +Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
518450029      CITIBANK NA,    PO Box 6181,    Sioux Falls, SD 57117-6181
518539374     +DEUTSCHE BANK NATIONAL TRUST COMPANY,    P.O. Box 619096,    Dallas TX 75261-9096
518496355     +Deutsche Bank National Trust Company,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                Duluth, GA 30097-8461
518450030     +HACKENSACK MERIDIAN HEALTH,    PO BOX 650292,    Dallas, TX 75265-0292
518450031      NATIONSTAR DBA MR COOPER,    PO BOX 199111,    Dallas, TX 75201
518450032      SPECIALIZED LOAN SERVICES,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
518518888     +THE BANK OF NEW YORK MELLON,    ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas TX 75261-9096
518519667     +The Bank of New York Mellon,    c/o RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                Duluth, GA 30097-8461
518543926     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 02 2020 23:19:09     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 02 2020 23:19:07     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518450028      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 02 2020 23:21:49
                CAPITAL ONE BANK USA NA,    PO Box 85015,    Richmond, VA 23285-5015
518510849     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 02 2020 23:20:38
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518550589     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 02 2020 23:20:38     Verizon,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2020 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    The Bank of New York Mellon Corporation as
               Trustee for Structured Asset Mortgage Investments II Inc. Mortgage Pass-Through Certificates
               Series 2006-AR6 ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Company
               ajennings@rasflaw.com
              Edward Hanratty    on behalf of Debtor Peter Lloyd Walch
               thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com
              Edward Hanratty    on behalf of Joint Debtor Patricia Maxine Walch
               thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 02, 2020
                              Form ID: 186             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon Corporation as Trustee for Structured Asset Mortgage Investments II Inc. Mortgage Pass-Through Certificates Series 2006-AR6 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
        Shauna M Deluca    on behalf of Creditor    The Bank of New York Mellon sdeluca@rasflaw.com
        Sindi  Mncina    on behalf of Creditor    The Bank of New York Mellon smncina@rascrane.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 10