Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–27242–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Peter Lloyd Walch
20 Corso Reale
Morganville, NJ 07751–4463

Patricia Maxine Walch
20 Corso Reale
Morganville, NJ 07751–4463

Social Security No.:
xxx–xx–7004

xxx–xx–7205

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:    2/4/20
Time:    02:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Edward Hanratty, Debtor's Attorney

COMMISSION OR FEES
fee: $8149.97

EXPENSES
expenses: $37.25

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 10, 2020
JAN:

    Jeanne Naughton
    Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 19-27242-MBK
Peter Lloyd Walch                                             Chapter 13
Patricia Maxine Walch
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Jan 10, 2020
                              Form ID: 137             Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db/jdb         Peter Lloyd Walch,    Patricia Maxine Walch,    20 Corso Reale,    Morganville, NJ  07751-4463
cr            +Deutsche Bank National Trust Company,    RAS Crane, LLC,    10700 Abbott's Bridge Road,
                Suite 170,    Duluth, GA 30097-8461
cr            +The Bank of New York Mellon,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                Duluth, GA 30097-8461
518450027      BANK OF AMERICA NA,    4909 Savarese Cir Fl 190,    Tampa, FL 33634-2413
518534327     +Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
518450029      CITIBANK NA,    PO Box 6181,    Sioux Falls, SD  57117-6181
518539374     +DEUTSCHE BANK NATIONAL TRUST COMPANY,    P.O. Box 619096,    Dallas TX 75261-9096
518496355     +Deutsche Bank National Trust Company,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                Duluth, GA 30097-8461
518450030     +HACKENSACK MERIDIAN HEALTH,    PO BOX 650292,    Dallas, TX 75265-0292
518450031      NATIONSTAR DBA MR COOPER,    PO BOX 199111,    Dallas, TX  75201
518450032      SPECIALIZED LOAN SERVICES,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO  80129-2386
518518888     +THE BANK OF NEW YORK MELLON,    ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas TX 75261-9096
518519667     +The Bank of New York Mellon,    c/o RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                Duluth, GA 30097-8461
518543926     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2020 00:31:54        U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2020 00:31:51       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518450028      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 11 2020 00:36:46
                CAPITAL ONE BANK USA NA,    PO Box 85015,    Richmond, VA  23285-5015
518510849     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 11 2020 00:35:19
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518550589     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 11 2020 00:37:11       Verizon,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    The Bank of New York Mellon Corporation as
               Trustee for Structured Asset Mortgage Investments II Inc. Mortgage Pass-Through Certificates
               Series 2006-AR6 ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Company
               ajennings@rasflaw.com
              Edward  Hanratty    on behalf of Debtor Peter Lloyd Walch
               thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com
              Edward  Hanratty    on behalf of Joint Debtor Patricia Maxine Walch
               thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
Case 19-27242-MBK    Doc 49    Filed 01/12/20    Entered 01/13/20 00:42:34    Desc Imaged
                          Certificate of Notice    Page 4 of 4
```

District/off: 0312-3          User: admin               Page 2 of 2                    Date Rcvd: Jan 10, 2020
                              Form ID: 137              Total Noticed: 19

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon Corporation as Trustee for Structured Asset Mortgage Investments II Inc. Mortgage Pass-Through Certificates Series 2006-AR6 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
          Shauna M Deluca    on behalf of Creditor    The Bank of New York Mellon sdeluca@rasflaw.com
          Sindi  Mncina    on behalf of Creditor    The Bank of New York Mellon smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                        TOTAL: 10