Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19−27242−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Peter Lloyd Walch
20 Corso Reale
Morganville, NJ 07751−4463

Patricia Maxine Walch
20 Corso Reale
Morganville, NJ 07751−4463

Social Security No.:
  xxx−xx−7004                                                    xxx−xx−7205

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on January 10, 2020.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 10, 2020
JAN: bwj

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Peter Lloyd Walch  
Patricia Maxine Walch  
    Debtors

Case No. 19-27242-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Jan 10, 2020  
                     Form ID: 148      Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2020.

```
db/jdb          Peter Lloyd Walch,    Patricia Maxine Walch,    20 Corso Reale,    Morganville, NJ  07751-4463
cr             +Deutsche Bank National Trust Company,    RAS Crane, LLC,    10700 Abbott's Bridge Road,
                 Suite 170,    Duluth, GA 30097-8461
cr             +The Bank of New York Mellon,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
518450027       BANK OF AMERICA NA,    4909 Savarese Cir Fl 190,    Tampa, FL  33634-2413
518450029       CITIBANK NA,    PO Box 6181,    Sioux Falls, SD  57117-6181
518539374      +DEUTSCHE BANK NATIONAL TRUST COMPANY,    P.O. Box 619096,    Dallas TX 75261-9096
518496355      +Deutsche Bank National Trust Company,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
518450030      +HACKENSACK MERIDIAN HEALTH,    PO BOX 650292,    Dallas, TX 75265-0292
518450031       NATIONSTAR DBA MR COOPER,    PO BOX 199101,    Dallas, TX  75201
518450032       SPECIALIZED LOAN SERVICES,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO  80129-2386
518518888      +THE BANK OF NEW YORK MELLON,    ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas TX 75261-9096
518519667      +The Bank of New York Mellon,    c/o RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
518543926      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2020 00:31:55     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2020 00:31:51     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518534327      +EDI: BANKAMER.COM Jan 11 2020 04:53:00      Bank of America, N.A.,    P.O. Box 31785,
                 Tampa, FL 33631-3785
518450028       EDI: CAPITALONE.COM Jan 11 2020 04:58:00      CAPITAL ONE BANK USA NA,    PO Box 85015,
                 Richmond, VA  23285-5015
518510849      +EDI: AIS.COM Jan 11 2020 04:58:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518550589      +EDI: AIS.COM Jan 11 2020 04:58:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                                 TOTAL: 6
```

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2020 at the address(es) listed below:

```
              Albert Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    The Bank of New York Mellon Corporation as
               Trustee for Structured Asset Mortgage Investments II Inc. Mortgage Pass-Through Certificates
               Series 2006-AR6 ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Company
               ajennings@rasflaw.com
              Edward Hanratty    on behalf of Debtor Peter Lloyd Walch
               thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com
              Edward Hanratty    on behalf of Joint Debtor Patricia Maxine Walch
               thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 10, 2020
                              Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon Corporation as Trustee for Structured Asset Mortgage Investments II Inc. Mortgage Pass-Through Certificates Series 2006-AR6 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
        Shauna M Deluca    on behalf of Creditor    The Bank of New York Mellon sdeluca@rasflaw.com
        Sindi  Mncina    on behalf of Creditor    The Bank of New York Mellon smncina@rascrane.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                         TOTAL: 10