| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey | |
| Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | Order Filed on January 10, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Peter Lloyd Walch<br>Patricia Maxine Walch<br><br>Debtor(s) | Case No.: 19-27242 / MBK<br><br>Chapter: 13<br><br>Hearing Date: 01/08/2020<br><br>Judge:  Michael B. Kaplan |

### CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: January 10, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtors' case is dismissed for:

- failure to file a feasible plan, income and/or budget statement
- lack of prosecution
- failure to attend Confirmation Hearing
- failure to resolve Trustee and/or creditor objection

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtors' plan shall be disbursed to the debtors, less any applicable trustee fees and commissions, payments ordered for attorney fees, or any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

```
                      United States Bankruptcy Court
                            District of New Jersey
```

```
In re:                                                          Case No. 19-27242-MBK
Peter Lloyd Walch                                               Chapter 13
Patricia Maxine Walch
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3         User: admin              Page 1 of 1                  Date Rcvd: Jan 10, 2020
                             Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db/jdb          Peter Lloyd Walch,    Patricia Maxine Walch,    20 Corso Reale,    Morganville, NJ  07751-4463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    The Bank of New York Mellon Corporation as
               Trustee for Structured Asset Mortgage Investments II Inc. Mortgage Pass-Through Certificates
               Series 2006-AR6 ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Company
               ajennings@rasflaw.com
              Edward  Hanratty    on behalf of Debtor Peter Lloyd Walch
               thanratty@centralnewjerseybankruptcylawyer.com,    aaguirre@centralnewjerseybankruptcylawyer.com
              Edward  Hanratty    on behalf of Joint Debtor Patricia Maxine Walch
               thanratty@centralnewjerseybankruptcylawyer.com,    aaguirre@centralnewjerseybankruptcylawyer.com
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon Corporation as Trustee for
               Structured Asset Mortgage Investments II Inc. Mortgage Pass-Through Certificates Series 2006-AR6
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Shauna M Deluca    on behalf of Creditor    The Bank of New York Mellon sdeluca@rasflaw.com
              Sindi  Mncina    on behalf of Creditor    The Bank of New York Mellon smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 10